Brenna E. Erlbaum (SBN: 296390)
Brian Heit (SBN: 302474)
**HEIT ERLBAUM, LLP**
6320 Canoga Avenue, 15th Floor
Woodland Hills, CA 91367
[phone]: (805) 231.9798
Brenna.Erlbaum@HElaw.attorney
Brian.heit@HElaw.attorney
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 76.167.73.61,<br><br>Defendant. | Case Number: 3:16-cv-00791-MMA-WVG<br><br>**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT** |

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC, moves for entry of an order extending the time within which Plaintiff has to serve Defendant with a Summons and Complaint, and states:

1. This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their internet service provider ("ISP").

2. On April 27, 2016, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Time Warner Cable, to obtain the Defendant's identifying information [CM/ECF 5]. Plaintiff served the subpoena on or about May 6, 2016, and expected to receive the ISP's response on or about June 21, 2016.

3. To date, Plaintiff has not received a response to its subpoena. Plaintiff is in the process of following up with the ISP regarding the overdue response.

4. Pursuant to Fed.R.Civ.P. Rule 4(m), Plaintiff is required to effectuate service on the Defendant by no later than June 30, 2016.

5. Because Defendant's identity remains unknown to Plaintiff, Plaintiff is unable to comply with the current service deadline.

6. Procedurally, Plaintiff respectfully requests that the time within which it must effectuate service of a summons and Complaint on the Defendant be extended by an additional sixty (60) days, or until August 29, 2016.

7. This motion is made in good faith and not for the purpose of undue delay.

8. None of the parties will be prejudiced by the granting of this extension.

WHEREFORE, Plaintiff respectfully requests that the time within which it must serve the John Doe Defendant be extended until August 29, 2016. A proposed order is attached for the Court's convenience.

Dated: June 29, 2016                                Respectfully submitted,


                                                    */s/ Brian Heit*
                                                    Brian Heit, Esq.
                                                    Attorney for Plaintiff