1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                                          Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 76.167.73.61,<br><br>                                          Defendant. | Case No.:  16cv791-MMA (WVG)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE**<br><br>[Doc. No. 6] |

Plaintiff has filed a motion to extend the time to serve the summons and complaint pursuant to Federal Rule of Civil Procedure 4(m).  *See* Doc. No. 6.  On April 27, 2016, the Court granted Plaintiff leave to serve a subpoena upon Defendant's Internet Service Provider ("ISP") to learn Defendant's true name and address.  *See* Doc. No. 5.  Plaintiff represents in the current motion that Defendant's ISP has not yet responded to the subpoena.  As a result, Plaintiff has not served Defendant with the summons and complaint in this case because it cannot do so without first obtaining Defendant's identity from the ISP.  Accordingly, good cause appearing, the Court **GRANTS** Plaintiff's motion.  Plaintiff must serve Defendant with the summons and complaint on or before **August 29, 2016**.

     **IT IS SO ORDERED**.

DATE: June 29, 2016

_____
HON. MICHAEL M. ANELLO
United States District Judge